UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARK J. HUEBNER,

                              Plaintiff,

-against-                                                     3:06-CV-1025

OLUM'S OF BINGHAMTON, INC. and,
EXPERIAN INFORMATION SOLUTIONS, INC.,

                              Defendants.
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      Plaintiff commenced this action asserting claims pursuant to the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, and the New York Fair Credit Reporting Act, N.Y. Gen. Bus. L. §§ 380-380s. See Compl., dkt. #1. Defendant Experian Information Solutions, Inc. moves for summary judgment pursuant to Fed. R. Civ. P. 56 to dismiss the claims against it. See dkt. #s 18-20. Plaintiff responds through counsel that he does not object to Experian Information Solutions, Inc.'s motion for summary judgment. Dkt. # 27.

      Therefore, Experian Information Solutions, Inc.'s motion for summary judgment [dkt. # 18] is **GRANTED** and all claims against Experian Information Solutions, Inc. are **DISMISSED.**

**IT IS SO ORDERED**

DATED: November 30, 2007

                                               Thomas J. McAvoy
                                               Senior, U.S. District Judge